NO-JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM G. EBE, ) | Case No. EDCV 13-00402 |
| ) | JGB(OPx) |
| Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | |
| WELLS FARGO ASSET ) | |
| SECURITIES CORP., et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Wells Fargo Bank NA is DISMISSED WITHOUT PREJUDICE from Plaintiff's Complaint.  The Court orders that such judgment be entered.

Dated:  April 4, 2013     _____

JESUS G. BERNAL
United States District Judge