NO-JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM G. EBE,<br><br>         Plaintiff,<br><br>    v.<br><br>WELLS FARGO ASSET<br>SECURITIES CORP., et<br>al.,<br><br>         Defendants. | Case No. EDCV 13-00402<br>JGB(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Wells Fargo Bank NA is DISMISSED WITHOUT PREJUDICE from Plaintiff's Complaint.  The Court orders that such judgment be entered.

Dated: April 4, 2013

                                    JESUS G. BERNAL
                                    United States District Judge