O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM G. EBE,<br><br>               Plaintiff,<br><br>    v.<br><br>WELLS FARGO ASSET<br>SECURITIES CORP., et al.<br><br>               Defendants.<br>_____ | Case No.<br>EDCV 13-00402-JGB (SPx)<br><br>**JUDGMENT AND ORDER<br>DISMISSING COMPLAINT WITHOUT<br>PREJUDICE** |

    On January 30, 2013, Plaintiff William G. Ebe filed a complaint in state court against Defendants Wells Fargo Asset Securities Corp. ("Well Fargo Asset"), Wells Fargo Bank N.A. ("Wells Fargo Bank"), NdeX West LLC ("NdeX"), and fictitious entities (collectively, "Defendants"). (Not. of Removal, Exh. 1, Doc. No. 1.)  On March 4, 2013, Defendants removed the action to this Court.  (Not. of Removal.)

    On April 4, 2013, the Court granted Wells Fargo Bank's motion to dismiss because Plaintiff failed to

1  oppose and entered judgment dismissing Wells Fargo Bank
2  from the complaint without prejudice.  (Doc. Nos. 8-9.)
3      On July 12, 2013, the Court issued an order to show
4  cause by July 23, 2013 why the case should not be
5  dismissed for lack of prosecution as to the remaining
6  Defendants.  (Doc. No. 10.)  The Court put Plaintiff on
7  notice that failure to respond to the order would be
8  deemed consent to the dismissal of the action.  (<u>Id.</u>)  As
9  of the date of this Order, Plaintiff has not responded to
10  the order to show cause, nor has he filed the required
11  documents.
12      Accordingly, the Court DISMISSES Plaintiff's
13  Complaint WITHOUT PREJUDICE.  The Court orders that such
14  judgment be entered.

15
16
          8/13/13
17
18  Dated: _____        _____
                                       JESUS G. BERNAL
19                                 United States District Judge

20              JS - 6
21
22
23
24
25
26
27
28

2